# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §     Case Number: DR:18-M-04422(1) |
| | § |
| (1) Ricardo Agustin Lopez-Aranda | § |
| *Defendant* | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Ricardo Agustin Lopez-Aranda, a hearing was set for 05/21/18.

BIANCA ROCHA DEL RIO was appointed to represent the defendant. On 05/18/18, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 18th day of May, 2018.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE